UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL SETH HENRY,

    Defendant.

Case No. 3:24-cr-51(7)

District Judge Michael J. Newman

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 261); (2) GRANTING THE PARTIES' JOINT MOTION FOR CHANGE OF PLEA (Doc. No. 255); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNTS 1, 3, AND 4 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 261), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 255) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Counts 1, 3, and 4 of the Indictment, which charges him with conspiracy to engage in racketeering in violation of Title 18 U.S.C. § 1962(d); conspiracy to commit a violent crime in aid of racketeering, to wit: an assault with a dangerous weapon in violation of Title 18 U.S.C. § 1959(a)(6); and commission of a violent crime in aid of racketeering, to wit: an attempted assault with a dangerous weapon in violation of Title 18 U.S.C. § 1959(a)(6). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

February 24, 2025                                     s/*Michael J. Newman*
                                                                            Hon. Michael J. Newman
                                                                            United States District Judge